THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CDC NEWBURGH INC., <br><br> *Plaintiff*, <br><br> v. <br><br> STM BAGS LLC; AND LIENAU SALES AND MARKETING, LLC (D/B/A LIENAU), <br><br> *Defendants*. | Civil Action No. 7:22-cv-1597-NSR |

**DEFENDANT LIENAU SALES AND MARKETING, LLC'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND ADD A COUNTERCLAIM**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declarations of Temple Powers and Martin Schwimmer, Defendant LIENAU SALES AND MARKETING, LLC (D/B/A LIENAU), by and through their counsel, move this Court before the Honorable Nelson S. Román, United States District Judge for the Southern District of New York, at the United States Courthouse, 300 Quarropas Street White Plains, NY 10601, on a date and time to be determined, for an Order dismissing with prejudice all claims against them by Plaintiff, for failure to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and an Order granting leave to file a counterclaim against the Plaintiff under the anti-SLAPP statute, N.Y. Civil Rights Law §§ 70-a, 76-a.

{11946/619917-000/03140972.1}

Dated: August 15, 2022

Respectfully Submitted,

LEASON ELLIS LLP

*[signature: Martin Schwimmer]*

Robert M. Isackson (RM 4303)
Martin B. Schwimmer (MS 7011)
Stefanie M. Garibyan (SL 6170)
One Barker Avenue, Fifth Floor
White Plains, NY 10601
Tel: (914) 288-0022
Fax: (914) 288-0023
Email: isackson@leasonellis.com
schwimmer@leasonellis.com;
garibyan@leasonellis.com

*Attorneys for Defendant Lienau Sales and Marketing, LLC (d/b/a Lienau)*

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, a true and correct copy of the foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** was served upon all counsel of record by email to:

Jason B. Lattimore
jason@lattimorelaw.com

James G. Sawtelle
jsawtelle@shermanhoward.com, dfouts@shermanhoward.com, efiling@sah.com

*/s/ Martin Schwimmer*