

One Barker Avenue
White Plains, New York 10601
**T**   914.821.8011
schwimmer@leasonellis.com

**Martin B. Schwimmer**
PARTNER

October 3, 2022

<u>**VIA ECF**</u>

Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   *CDC Newburgh Inc. v. STM Bags, LLC et al.*, Civil Action No. 7:22-cv-01597-NSR

Dear Judge Román:

This firm represents Defendant Lienau Sales & Marketing LLC ("Lienau") in the above-referenced action.  We write in accordance with Your Honor's Individual Rule 5 to respectfully request oral argument on Lienau's Motion to Dismiss and Add a Counterclaim (Dkt. 44).  Lienau's motion has been fully briefed by the parties (Dkts. 44-49).

Very truly yours,

Martin Schwimmer

{11946/619917-000/03180113.1}