IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CDC NEWBURGH INC., <br><br> Plaintiff, <br><br> v. <br><br> STM BAGS, LLC and LIENAU SALES AND MARKETING, LLC (d/b/a LIENAU), <br><br> Defendants. | Case No: 7:22-cv-1597-NSR <br><br><br> NOTICE OF MOTION FOR RECONSIDERATION |

**PLEASE TAKE NOTICE** that Plaintiff, CDC Newburgh Inc., by and through its undersigned counsel, shall move before the Honorable Nelson S. Román, United States District Judge for the Southern District of New York, at the United States Courthouse located at 300 Quarropas Street, White Plains, New York, 10601, at a date and time to be determined by the Court, for partial reconsideration of the Court's September 18, 2023 Opinion & Order dismissing Plaintiff's First Amended Complaint (ECF No. 56) or, alternatively with respect to Plaintiff's claim for tortious interference, for an order vacating the portion of the Court's ruling dismissing that claim.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Plaintiff will rely upon the accompanying Memorandum of Law and all pleadings and other matters of record in this matter.

Dated:  October 2, 2023

The Law Office of
JASON B. LATTIMORE, ESQ. LCC

By  s/ Jason B. Lattimore
    Jason B. Lattimore
    55 Madison Avenue, Suite 400
    Morristown, NJ 07960

Telephone: (973) 998-7477
Jason@LattimoreLaw.com

*Attorney for Plaintiff, CDC Newburgh Inc.*

## **CERTIFCATE OF SERVICE**

I, Jason B. Lattimore, hereby certify pursuant to 28 U.S.C. § 1746 that:

1. I am a member in good standing of the bar of this Court. I am also counsel for the plaintiff, CDC Newburgh Inc. ("CDC"), in the above-captioned matter.

2. On this date, I served Defendant's NOTICE OF MOTION FOR RECONSIDERATION and MEMROANDUM OF LAW in support on all current counsel of record by delivering the same to them by email at the email addresses supplied by them for notice through the court's ECF electronic filing system.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of October, 2023.

                                             s/ Jason B. Lattimore
                                               Jason B. Lattimore