UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CDC NEWBURGH INC.,

                    Plaintiff,

  -against-

STM BAGS, LLC and LIENAU SALES AND MARKETING, LLC (d/b/a LIENAU)

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/08/2024

22-cv-1597 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      The Court having been advised that all claims asserted herein have been settled in principle (*see* ECF No. 70), it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated on or before June 6, 2024. The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

      The Clerk of the Court is directed to terminate the motion at ECF No. 72.

Dated:  April 8, 2024
          White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge